**\*\*NOT FOR PUBLICATION\*\***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN HINES and JUNE DENNIS, <br><br> Plaintiffs, <br><br> v. <br><br> PLAINFIELD BOARD OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 17-3793 <br><br> **ORDER** |

**Cecchi, District Judge**.

This matter comes before the Court on notice that orders sent to plaintiffs Jordan Hines and June Dennis (together, "Plaintiffs") has been returned as undeliverable. ECF Nos. 35–37. Plaintiffs have made no effort to contact the Court or update their address.

Pursuant to Local Civil Rule 10.1(a), all litigants, represented or *pro se*, are required to "advise the Court of any change in their or their attorney's address within seven days . . . by filing a notice of said change with the Clerk." A plaintiff's failure to comply with the rule merits sanctions up to and including dismissal of the plaintiff's complaint. *See Archie v. Dep't of Corr.*, No. 12-2466, 2015 WL 333299, at \*1 (D.N.J. Jan. 23, 2015). In this matter, Plaintiffs have not updated the Court as to their change of address. This Court finds that dismissal of this action is not yet warranted, and will instead administratively terminate this case until such time as Plaintiffs advise the Court as to their new address. *See Archie*, 2015 WL 333299 at \*2–3 (citing *Poulis v. State Farm. Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1984)).[1]

---

[1] Plaintiffs are informed that administrative termination is not a "dismissal," and that the Court retains jurisdiction over this case. *See Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (3d Cir. 2013) (distinguishing administrative terminations from dismissals).

**IT IS THEREFORE** on this __22__ day of June, 2021,

**ORDERED** that by failing to provide the Court with their current address, Plaintiffs have not complied with Local Civil Rule 10.1(a); and it is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this matter; and it is finally

**ORDERED** that if Plaintiffs update their contact information within thirty (30) days, the Court will reopen this matter. Failure by Plaintiffs to update the Court as to their address may result in other sanctions, up to and including the dismissal of this matter.

**SO ORDERED.**

                                                  **CLAIRE C. CECCHI, U.S.D.J.**